UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter G., <br><br> Plaintiff, <br><br> v. <br><br> Martin J. O'Malley, <br> Commissioner of Social Security Administration, <br><br> Defendant. | No. 23-cv-1757 (PJS/DLM) <br><br> **ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendations (Doc. 14) is **ADOPTED**;

2. Plaintiff's Request for Remand (Doc. 9) is **GRANTED IN PART** and **DENIED IN PART**;

3. Defendant's Motion (Doc. 11) is **GRANTED IN PART** and **DENIED IN PART**; and

4. The matter is remanded to the ALJ for proceedings consistent with the Magistrate Judge's Recommendation.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

2

Dated: August 6, 2024                               *s/Patrick J. Schiltz*_____
                                                    PATRICK J. SCHILTZ
                                                    Chief Judge United States District Court

2